## UNITED STATES BANKRUPTCY COURT
### Western District of Illinois

IN RE:                                          CHAPTER 13
MICHAEL D. YUNK, SR.
MILDRED L. YUNK                                 CASE NO.  10-74842

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:    Carrington Mortgage Services Inc.**              **Court claim #: 3**

**Last four digits** of any number used to identify the debtor's account: 1567

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $1786.23 (Per Creditor's Allowed Proof of Claim) |
| | + 300.00  (Allowed Cost of Collection Claim) |
| | $2086.23 |
| Amount Paid by Trustee | $2086.23 |

| *Monthly ongoing Mortgage Payment* | | | |
|---|---|---|---|
| Mortgage is paid: | | | |
| ☐    Thru the Chapter 13 Plan | | ☒    Direct by Debtor(s) | |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   11/5/2015                          /s/Lydia S. Meyer
                                            Lydia S. Meyer, Trustee
                                            308 W. State St., Suite 212
                                            Rockford, IL  61101

### Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 5th Day of November, 2015.

Dated:   11/5/2015                          /s/Cynthia K. Burnard

CARRINGTON MORTGAGE SERVICES INC
1610 EAST SAINT ANDREWS PLACE
SUITE B150
SANTA ANA, CA 92705

CHASE HOME FINANCE
PO BOX 9001871
LOUISVILLE, KY  40290-1871

PIERCE AND ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

MICHAEL D. YUNK, SR.
MILDRED L. YUNK
4014 MARTINA DRIVE
ROCKFORD, IL  61114

ATTORNEY DAVID H. CARTER
308 W. STATE ST., SUITE 215
ROCKFORD, IL  61101