**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Michael D. Yunk, Sr. and Mildred L. Yunk | No.   10-74842 |
| Debtor | Hon.  Thomas M. Lynch |

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on November 24, 2015, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Brian A. Hart and Lydia Meyer on November 24, 2015.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Michael D. Yunk, Sr. and Mildred L. Yunk
4014 Martina Dr.
Rockford, IL 61114

Lydia Meyer
P.O. Box 14127
Rockford, IL 61105-4127

Brian A. Hart
Brian A. Hart Law Offices PC
1410 N. Main Street
Rockford, IL 61103